IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. ESTRADA,

      Petitioner,                    No. 2: 10-cv-0858 JAM KJN P

  vs.

A. HEDGPETH,

      Respondent.             ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 7, 2010, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why his failure to oppose respondent's June 7, 2010 motion to dismiss should not deemed a waiver of any opposition to the granting of the motion.  Petitioner is

////

////

////

1

1  cautioned that failure to respond to the instant order, or to file an opposition to the pending
2  motion to dismiss, will result in a recommendation that this action be dismissed.
3  DATED:   July 28, 2010

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

es858.osc