IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. ESTRADA,

    Petitioner,                   No. 2: 10-cv-0858 JAM KJN P

    vs.

A. HEDGPETH,

    Respondent.                ORDER

_____/

       Petitioner, a state prisoner proceeding without counsel, has requested that this action be dismissed.  On August 19, 2010, respondent filed a statement of non-opposition to this request.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED:  August 23, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

es858.dis